PROB 35A

**Report and Order Terminating Regular Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## Western District of Texas

FILED

AUG 31 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA

v.

Gerald Lee Vergott

Crim. No.   SA-14-CR-484-1-FB

On August 21, 2015, the above name Defendant was sentenced in the above numbered cause to 5 years Probation for the offense of Possession of a Firearm by a Felon, a violation of Title 18 U.S.C. § 922(g). On August 21, 2015, the Defendant began service of the term of probation which was scheduled to be in effect until August 20, 2020. The Probation Officer now reports that the probationer has a change in circumstances which will prohibit him from reporting to the United States Probation Office. Therefore, pursuant to Title 18 United States Code § 3563(c), it is recommended that the terms and conditions of probation be modified and reduced to reflect that he is not subject to the terms and conditions of probation, except that the he shall not commit a new federal or state offense. Furthermore, if deemed necessary by the United States Probation Officer, the offender is subject to random drug testing in the District he resides.

Respectfully submitted,

_____
Stephen Gray
Senior U.S. Probation Officer

## ORDER OF THE DISCHARGE

Pursuant to the above report, it is ordered that the probationer be relieved from probation by the United States Probation Office and that he be held accountable only for not committing a new federal or state offense and random drug testing, during the duration of the term of probation which remains in effect until August 20, 2020.

Dated this __31st__ day of __August__, 2016

_____
Fred Biery
United States District Judge